IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SPORTBRAIN HOLDINGS LLC, AN ILLINOIS LIMITED LIABILITY COMPANY**<br>Plaintiff/Petitioner<br><br>vs.<br><br>**SUUNTO OY; AMER SPORTS WINTER & OUTDOOR COMPANY D/B/A SUUNTO USA; SUUNTO INCORPORATED**<br>Defendant/Respondent | Case No.: 1:16-cv-09762<br>Division:<br><br>AFFIDAVIT OF SERVICE OF SUMMONS IN A CIVIL CASE; COMPLAINT FOR PATENT INFRINGEMENT |

I, **Daniel Newcomb**, being first duly sworn on oath, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered private detective or a registered employee of a private detective agency, License No. _____, located at 3516 Silverside Road Unit 16, Wilmington, DE 19810.

On the **26th day of May, 2017 at 3:25 PM**, I, Daniel Newcomb, SERVED SUUNTO INCORPORATED c/o THE PRENTICE HALL CORPORATION SYSTEM, INC., REGISTERED AGENT at **2711 CENTERVILLE ROAD SUITE 400, WILMINGTON, New Castle County, DE 19808** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Lynanne Gares**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **LITIGATION MANAGEMENT SERVICES LEADER, PERSON AUTHORIZED TO ACCEPT**, who accepted service, with identity confirmed by verbal communication, a white female approx. 25-35 years of age, 5'6"-5'8" tall, weighing 140-160 lbs with brown hair.

Service Fee Total: **$ 125.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.

NAME: _____  N/A  May 30, 2017
Daniel Newcomb     Server ID #    Date

Notary Public: Subscribed and sworn before me on this __30th__ day of __May__ in the year of 20__17__
Personally known to me __✓__ or _____ identified by the following document:

Number/Reference: _____
Type: _____
Notary Public for State of: Delaware
Commission Expiration: 4/29/2020

Notary Public (Legal Signature)

*[Notary Seal: KIMBERLY J. RYAN, MY COMMISSION EXPIRES APRIL 29, 2020, NOTARY PUBLIC, STATE OF DELAWARE]*